UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STACEY FORISH,
        Plaintiff,

v.                                          Case No:   6:25-cv-375-RBD-DCI

CITY OF PALM BAY, FLORIDA,

        Defendant.
_____

**Notice of Pendency of Other Actions**

In accordance with Local Rule 1.07(c), I certify that the instant action is related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____EEOC Charge Number: 510-2025-04309_____ _____
_____
_____

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

                                                          ***/s/ Neil L. Henrichsen***
                                                          Neil L. Henrichsen
                                                          Florida Bar No. 111503
                                                         Henrichsen Law Group PLLC
                                                         301 W Bay Street, Suite 1400
                                                          Jacksonville, FL 32202
                                                          Telephone: 904-381-8183
                                                          nhenrichsen@hslawyer.com
                                                          service@hslawyers.com
                                                          **Counsel for Plaintiff Stacey Forish**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record on this 19th day of March, 2025.

By: */s/ Neil Henrichsen*
Neil Henrichsen