UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STACEY FORISH,

    Plaintiff,

vs.                                              CASE NO. 6:25-cv-00375-RBD-DCI

CITY OF PALM BAY, FLORIDA,
POLICE DEPARTMENT,

    Defendant.
_____/

### Notice of Pendency of Other Actions

    In accordance with Local Rule 1.07(c), I certify that the instant action is related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

    **Currently pending:  EEOC Charge of Discrimination:  Stacey Forish v. City of Palm Bay, Charge  No. 510-2025-04309**

    I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated:   June 12, 2025

                                                /s/Cynthia Brennan Ryan
                                                Cynthia Brennan Ryan, Esq.
                                                Florida Bar No. 0986003
                                                Ryan Law, P.A.
                                                Post Office Box 620129
                                                Oviedo, FL 32762
                                                Tel:  407.359.0403
                                                Email:  cryan@ryan-law.com
                                                Lead Trial Counsel for Defendant

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that on June 12, 2025, a true and correct copy of the foregoing document was filed electronically and was sent by E-mail from the Court's CM/ECF system, unless otherwise noted below, on all counsel or parties of record listed below:

Neil L. Henrichsen, Esq.
HENRICHSEN LAW GROUP PLLC
301 W. Bay St., 14th Floor
Jacksonville, FL 32202
Email: nhenrichsen@hslawyers.com

             s/Cynthia Brennan Ryan
             Cynthia Brennan Ryan, Esq.